WILLIAM R. HEARST, Respondent, *v.* THE ASSOCIATED PRESS, Appellant.

*Appeal from unanimous affirmance of judgment granting · permanent injunction dismissed.*

*Hearst* v. *Associated Press*, 178 App. Div. 894, appeal dismissed.

(Submitted May 6, 1920, decided June 1, 1920.)

APPEAL· from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 7, 1917, unanimously affirming a judgment

in favor of plaintiff entered upon a decision of the court on trial at Special Term and granting to the plaintiff a permanent injunction restraining the defendant from suspending service of the defendant's daily news report to the plaintiff for publication in the San Francisco *Examiner* and from disciplining or punishing the plaintiff by a fine or otherwise because of the plaintiff's refusal to comply with the defendant's direction to change the typographical make-up and arrangement of the title of the Oakland edition of the San Francisco *Examiner*.

*Frederic B. Jennings* and *Charles MacVeagh* for appellant.

*Samuel Untermyer* and *William A. De Ford* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ELKUS, JJ.